AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Brotman, Stanley S. | 2. Court or Organization<br><br>U.S.D.C, New Jersey | 3. Date of Report<br><br>6/26/2009 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge/Sr. Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
|---|---|---|

| 7. Chambers or Office Address<br><br>6030 M.H. Cohen US Courthouse<br>4th & Cooper Streets, Box 1029<br>Camden, NJ 08102-1029 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUN 29 A 10: 48 FINANCIAL DISCLOSURE OFFICE

Brotman, Stanley S

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Director, American Automobile Association, Club of South New Jersey |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. NY Intellectual Property Law Association | 3/28-29/08 | New York , NY | Dinner | Lodge, Food |
| 2. AAA South Jersey (See Section VIII, item as to Section IV (a) | 5/17-22/08 | Hollywood, FL | AAA Annual Meeting | Lodge, Food, Transportation |
| 3. Third Circuit Judicial Conference | 4/28-30/08 | Cambridge. MD | Conference of Judges | Lodge, Food, Transportation |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/26/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/26/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Advantage Pirmary Liq. Fd/Oppenheimer | A | Interest | J | T | | | | | |
| 2. | U.S. Enviro Systems, Inc. c/s (formerly Co genic Energy ) Sys | | None | J | T | | | | | |
| 3. | General Electric c/s | B | Dividend | L | T | | | | | |
| 4. | Xerox Corporation c/s | A | Dividend | K | T | | | | | |
| 5. | PNC Bank c/s | B | Dividend | K | T | | | | | |
| 6. | Sun Nat. Bank, Vineland, NJ (chkg acct) | B | Interest | J | T | | | | | |
| 7. | Israel Bonds | A | Interest | J | T | | | | | |
| 8. | Wachovia Cap. Acct., formerly Command Money Fund/Prudential | B | Interest | J | T | | | | | |
| 9. | Wachovia Corp. | A | Dividend | K | T | | | | | |
| 10. | Israel Bonds | A | Interest | J | T | | | | | |
| 11. | Minotola National Bank, Vineland, NJ (chec king) | A | Interest | J | T | | | | | |
| 12. | ▓▓▓▓ TRUST: | | | | | | | | | |
| 13. | -GlenmedeFund Inc.-Tax Exempt Cash Port prin. cash & reserve | C | Interest | K | T | | | | | |
| 14. | - Gloucester Cnty NJ G. O. (dtd 10/1/97; due 2/1/08) | B | Interest | | | Redeemed | 2/1 | L | | |
| 15. | - General Electric Co. c/s | B | Dividend | L | T | | | | | |
| 16. | - Colgate Palmolive Co. c/s | A | Dividend | K | T | | | | | |
| 17. | - Johnson & Johnson c/s | A | Dividend | K | T | Sold (part) | 8/18 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/26/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Royal Dutch Petroleum NY shares c/s | B | Dividend | L | T | | | | | |
| 19. - City Group, Inc. c/s | B | Dividend | | | Sold | 8/18 | J | C | |
| 20. - Bank of America c/s | B | Dividend | K | T | | | | | |
| 21. - Automatic Data Processing, Inc. c/s | A | Dividend | K | T | | | | | |
| 22. - Microsoft Corp, c/s | A | Dividend | K | T | | | | | |
| 23. - Intel Corp. c/s | B | Dividend | J | T | | | | | |
| 24. - Chase Manhattan Corp.c/s | A | Dividend | J | T | | | | | |
| 25. Daimler Chrysler c/s | A | Dividend | J | T | | | | | |
| 26. IBM c/s | A | Dividend | M | T | | | | | |
| 27. Pepsico, Inc. c/s | A | Dividend | J | T | | | | | |
| 28. Specialty Retail Group, Inc. c/s | | None | J | T | | | | | |
| 29. THE GLENMEDE TRUST CO.(IRA 1): | | | | | | | | | |
| 30. - Glenmede Fund, Inc.: Strategic Equity Port | A | Int/Div | M | T | | | | | |
| 31. THE GLENMEDE TRUST CO.(IRA2): | | | | | | | | | |
| 32. - Glenmede Fund, Inc. : Strategic Equity Part | A | Int/Div | K | T | | | | | |
| 33. THE GLENMEDE TRUST CO. INVESTMENT ADVISORY: | | | | | | | | | |
| 34. - Glenmede Fund, Inc.: Strategic EquityPart | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/26/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Verizon c/s | A | Dividend | J | T | | | | | |
| 36. Pepsico, Inc. c/s | A | Dividend | J | T | | | | | |
| 37. Motorola, Inc. c/s | A | Dividend | J | T | | | | | |
| 38. J.P.Morgan Chase c/s | A | Dividend | K | T | | | | | |
| 39. Intel c/s | A | Dividend | K | T | | | | | |
| 40. Israel Bonds | A | Interest | J | T | | | | | |
| 41. Vodaphone AirTouch c/s | A | Dividend | K | T | | | | | |
| 42. ██████ TRUST: | | | | | | | | | |
| 43. - Exxon Mobil Corp. c/s | B | Dividend | K | T | Sold (part) | 4/1 | K | D | |
| 44. - Sayreville, NJ (dtd 9/1/00; 4.6% Due 9/1/10) | B | Interest | K | T | | | | | |
| 45. - Mercer County, NJ Impt.(dtd 12/15/00 4.4%,due 11/1/10) | B | Interest | K | T | | | | | |
| 46. - Ocean City,NJ FSA G.O.(dtd 4/1/98 4.5%;due 4/1/08) | B | Interest | K | T | | | | | |
| 47. THE GLENMEDE TRUST CO.(IRA1): | | | | | | | | | |
| 48. - Glenmede Fund, Inc.: Strategic Equity Part | B | Dividend | L | T | | | | | |
| 49. THE GLENMEDE TRUST CO.(IRA2): | | | | | | | | | |
| 50. - Glenmede Fund, Inc.: Strategic Equity Part | B | Dividend | K | T | | | | | |
| 51. THE GLENMEDE TRUST CO. INVESTMENT ADVISORY: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - 2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/26/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | - Glenmede Fund, Inc.: Strategic Equity Port | B | Dividend | K | T | | | | | |
| 53. | Verizon Communications c/s | A | Dividend | J | T | | | | | |
| 54. | Unique Mobility, Inc. c/s | A | Dividend | J | T | | | | | |
| 55. | ▮▮▮▮ TRUST: | | | | | | | | | |
| 56. | - Medtronic, Inc. c/s | A | Dividend | K | T | | | | | |
| 57. | - NJ SY EDL FACS Auth Re Ambac dtd 7/1/01 4.3% 7/1/11 | A | Interest | K | T | | | | | |
| 58. | THE GLENMEDE TRUST CO.(IRA1): | | | | | | | | | |
| 59. | - Glenmede Fund, Inc.; Strategic Equity Fund | A | Dividend | J | T | | | | | |
| 60. | - Vanguard Institutional Index 500 FD | B | Dividend | L | T | Sold (part) | 11/25 | J | | |
| 61. | THE GLENMEDE TRUST CO.(IRA2): | | | | | | | | | |
| 62. | - Glenmede Fund, Inc. - Strategic Equity Part | A | Dividend | J | T | | | | | |
| 63. | - Vanguard Institutional Index 500 FD | B | Dividend | K | T | Sold (part) | 11/25 | J | | |
| 64. | THE GLENMEDE TRUST CO. INVESTMENT ADVISORY: | | | | | | | | | |
| 65. | - Vanguard Institutional Index 500 Fund | A | Dividend | K | T | | | | | |
| 66. | ▮▮▮▮ TRUST | | | | | | | | | |
| 67. | - NJ SPORTS&EXPOSITION dtd 1/1/02 4.6% due 3/1/12 | B | Interest | K | T | | | | | |
| 68. | - Target Corp. c/s | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/26/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. NJ ST.HSG&MTG FIN ACY BOND dtd 2/05/02;due 5/1/08 3.65% | A | Interest | | | Redeemed | 5/1 | K | | |
| 70. State of Israel Bond dtd 2/01/02 4.0% | A | Interest | J | T | | | | | |
| 71. State of Israel Bond dtd 12/01/02 4.0% | A | Interest | J | T | | | | | |
| 72. Amgen, Inc. c/s | A | Dividend | J | T | | | | | |
| 73. Mercer Cnty,NJ Imp.Auth.dtd 8/01/02;due 8/01/09 3.25% | A | Interest | K | T | | | | | |
| 74. Davis N.Y. Venture Fund Class C | A | Dividend | K | T | | | | | |
| 75. Lucent Technologies, now known as Alcatel-Lucent | A | Dividend | J | T | | | | | |
| 76. Allianz RCM Innovation Fund now known as RCM Global Technol. | A | Interest | J | T | | | | | |
| 77. Prudential Financial, Inc.. | A | Dividend | J | T | | | | | |
| 78. S.J. Port. Corp., NJ Rev, 3.50, dtd 12/01/02, due 1/01/09 | A | Interest | K | T | | | | | |
| 79. ███████ TRUST | | | | | | | | | |
| 80. - Goldman Sacks Group c/s | A | Dividend | L | T | | | | | |
| 81. - Intel Corp., c/s | A | Dividend | J | T | | | | | |
| 82. ███████ TRUST | | | | | | | | | |
| 83. - Devon Energy Corp., c/s | A | Dividend | J | T | | | | | |
| 84. - Johnson Controls, c/s | A | Dividend | K | T | Sold (part) | 8/18 | J | C | |
| 85. - Oracle Systems, c/s | | None | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/26/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - 3M Co, c/s | A | Dividend | K | T | | | | | |
| 87. - Kellogg Co., c/s | A | Dividend | J | T | | | | | |
| 88. - Proctor & Gamble Co., c/s | A | Dividend | J | T | | | | | |
| 89. - Varian Medical Systems, Inc., c/s | A | Dividend | K | T | | | | | |
| 90. Freescale Semiconductor, c/s | | None | J | T | | | | | |
| 91. - Abbott Laboratories, c/s | A | Dividend | K | T | | | | | |
| 92. - Royal Dutch Shell PLC-ADR c/s | A | Dividend | J | T | | | | | |
| 93. - Gillette Co, c/s | A | Dividend | K | T | | | | | |
| 94. - Varian Medical Sys, Inc. c/s | A | Dividend | K | T | Sold (part) | 8/18 | K | D | |
| 95. - Pepsico, Inc., c/s | A | Dividend | J | T | | | | | |
| 96. - Proctor & Gamble Co., c/s | A | Dividend | J | T | | | | | |
| 97. - Pepsico, Inc., c/s | A | Dividend | K | T | | | | | |
| 98. - Wyeth, c/s | A | Dividend | K | T | | | | | |
| 99. - Marlbvoro Twp., NJ Brd Ed, dtd 7/15/04 4 .5%, due 7/15/13 | B | Interest | L | T | | | | | |
| 100. Ktron Int'l, Inc. c/s | | None | J | T | | | | | |
| 101. GLENMEDE TRUST Investment Advisory | | | | | | | | | |
| 102. Glenmede Fund, Inc. - Tax Exempt Cash P ort dtd 10/14/88 | C | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/26/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ⬛⬛⬛⬛ TRUST | | | | | | | | | |
| 104. - Boeing Co. c/s | A | Dividend | | | Sold | 8/18 | K | | |
| 105. - Illinois Tool Works, c/s | A | Dividend | K | T | | | | | |
| 106. - Texas Instruments, Inc. c/s | A | Dividend | K | T | | | | | |
| 107. - United Technologies Corp., c/s | A | Dividend | K | T | | | | | |
| 108. - Glenmede Fund, Inc. -International Port | B | Dividend | K | T | Sold (part) | 4/1 | K | | |
| 109. - Tweedy Brown Global Value Fund | A | Dividend | K | T | Sold (part) | 12/29 | J | C | |
| 110. | | | | T | Sold (part) | 12/31 | K | | |
| 111. - William Blair Inst. Intl. Growth Fund | B | Dividend | K | T | Sold (part) | 4/01 | K | | |
| 112. | | | | T | Sold (part) | 12/17 | J | C | |
| 113. - Quest Diagnostics, Inc. c/s | A | Dividend | K | T | | | | | |
| 114. - Teva Pharmaceutical, c/s | A | Dividend | | | Sold | 4/1 | J | C | |
| 115. -General Electric Cap. Corp., dtd 4/28/06, 5.5% due 4/28/11 | C | Interest | L | T | | | | | |
| 116. - United Technologies Corp., dtd 4/29/02 6.1% due 5/15/2012 | C | Interest | L | T | | | | | |
| 117. - J.P. Morgan Chase & Co., dtd 11/25/02 5.75% due 1/2/2013 | B | Interest | K | T | | | | | |
| 118. - Citigroup, Inc. dtd 2/21/02 6% due 2/21/2012 | C | Interest | L | T | | | | | |
| 119. -William Blair Intl. Growth - I | D | Dividend | K | T | Sold (part) | 12/17 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/26/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 12/31 | K | | |
| 121. First Bank PR CD 5.1% dtd 12/22/06 due 12/22/08 | D | Interest | | | Redeemed | 3/24 | L | | |
| 122. Passaic Cnty Ref. 5.05% dtd 9/1/03 due 9/1 /08 | C | Interest | | | Redeemed | 9/2 | L | | |
| 123. ▅▅▅ TRUST | | | | | | | | | |
| 124. -FLP Group, Inc. c/s | A | Dividend | K | T | | | | | |
| 125. -Walt Disney Company (dtd) 7/18/06, 5.7% due 7/15/11 | B | Interest | L | T | | | | | |
| 126. -Boeing Co. (dtd 2/11/03) f.125%, Due 2/15 /13 | B | Interest | K | T | | | | | |
| 127. -Broadridge Financial Solutions, Inc. | A | Dividend | J | T | | | | | |
| 128. -Dell, Inc. c/s | A | Dividend | K | T | | | | | |
| 129. -Rockwell Collins, c/s | A | Dividend | J | T | | | | | |
| 130. -Express Scripts, c/s | A | Dividend | J | T | | | | | |
| 131. -Omnicom Group, c/s | A | Dividend | J | T | | | | | |
| 132. -Glenmede Fund, Inc., Large Cap. 100 Port | A | Dividend | K | T | | | | | |
| 133. -Pepsico Inc., dtd 5/21/07, 5.15%, 5/5 12 | B | Interest | K | T | | | | | |
| 134. -Proctor & Gamble Co, 8/10/04, 4.95 %, 8/1 5/14 | A | Interest | K | T | | | | | |
| 135. -NJ Sports & Exposition, dtd 1/1/02 4/6%, 3/1/12 | B | Interest | K | T | | | | | |
| 136. -NJ Sports & Exposition, dtd 1/1/02 4.6%, 3/1/12 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/26/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. -Emerson Electric Co, dtd 12/11/02 5%, 12/15/14 | B | Interest | K | T | | | | | |
| 138. Davis NY Venture Group | A | Dividend | K | T | | | | | |
| 139. Capmark Bank, Midvale, VT, CD. dtd 4/18/07 due 4/18/08, 5% | B | Interest | | | Redeemed | 4/18 | L | | |
| 140. Bank of Oklahoma, Tulsa, CD, 5/1%, dtd 6/13/07 due 6/13/08 | C | Interest | | | Redeemed | 6/13 | L | | |
| 141. Davis NY Venture Fd, CLC | A | Dividend | K | T | | | | | |
| 142. Camden Cnty, NJ Imp. Auth. 5%, Due 11/15/08 | A | Interest | J | T | Buy | 3/6 | J | | |
| 143. | | | | | Redeemed | 5/15 | J | | |
| 144. Capital One, 4%, Due 12/28/09 | A | Interest | L | T | Buy | 6/19 | L | | |
| 145. NJ St. Tran. 5%, Due 6/15/08 | A | Interest | J | T | Buy | 3/7 | J | | |
| 146. | | | | | Redeemed | 6/16 | J | | |
| 147. First Bank, 3.55%, due 6/29/09 | C | Interest | L | T | Buy | 3/18 | L | | |
| 148. GMAC Bank, 3.6%, Due 3/13/09 | C | Interest | L | T | Buy | 3/6 | L | | |
| 149. Jersey City, 5.35%, Due 10/1/09 | C | Interest | L | T | Buy | 4/9 | L | | |
| 150. New Jersey, 5%, Due 7/1/10 | C | Interest | K | T | Buy | 4/23 | K | | |
| 151. Provident Bank, 4%, Due 12/28/09 | C | Interest | L | T | Buy | 6/19 | L | | |
| 152. Puerto Rico Hgwy Auth. 5%, Due 7/01/28 | B | Interest | K | T | Buy | 3/7 | K | | |
| 153. | | | | | Redeemed | 7/1 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/26/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. N.J. Tran, 5%, Due 6/15/18 | A | Interest | J | T | Buy | 3/7 | J | | |
| 155. Randolph Twp., NJ BOE, 4.1%, due 8/1/08 | A | Interest | J | T | Buy | 3/6 | J | | |
| 156. | | | | | Redeemed | 8/1 | J | | |
| 157. Capmark Bank, Midvale, VT, Co., Ltd., 5.15 %, due 9/12/08 | C | Interest | K | T | Buy | 9/07 | K | | |
| 158. | | | | | Redeemed | 9/12 | K | | |
| 159. Delaware, 5.75%, Due 1/1/26 | C | Interest | M | T | Buy | 9/9 | M | | |
| 160. Wachovia Bank, 3.55%, due 9/11/09 | B | Interest | L | T | Buy | 9/9 | L | | |
| 161. ██████ TRUST | | | | | | | | | |
| 162. -Travelers Companies, Inc. c/s | A | Dividend | K | T | Buy | 4/1 | K | | |
| 163. -Vanguard Global Equity FD c/s | B | Dividend | K | T | Buy | 4/1 | K | | |
| 164. -Verizon Communications dtd 4/4/08, 5.25% due 4/15/10 | B | Interest | K | T | Buy | 4/3 | K | | |
| 165. -Hewlett Packard Co., dtd 3/3/08, 4.5%, due 3/1/13 | B | Interest | K | T | Buy | 4/28 | K | | |
| 166. -Goldman Sachs Group, Inc. dtd 1/13/04, 5. 15%, due 1/15/14 | B | Interest | K | T | Buy | 4/30 | K | | |
| 167. -Emerson Electric Co., dtd 8/24/05, 4.75% due 10/15/15 | B | Interest | K | T | Buy | 5/8 | K | | |
| 168. -Assurant c/s | A | Dividend | K | T | Buy | 8/18 | K | | |
| 169. -Diageo PCL Sponsored ADR c/s | A | Dividend | K | T | Buy | 8/18 | K | | |
| 170. -J. P. Morgan Chase & Co., c/s | A | Dividend | J | T | Buy | 8/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/26/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Patterson UTI Energy, LLC c/s | A | Dividend | J | T | Buy | 8/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/26/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

As to Section IV

(a) Section IV, entry 3, reflects travel involving accompanying ███████ a Director of the AAA of Southern New Jersey, to the annual AAA Meeting in Hollywood, Florida. The company assumed the expenses of all ███████ Directors attending this event. See Guide to Judiciary Policies and Procedures, Vol. II, Chapter VI, Part G, Section 5(b)(7).

As to Section VII

(a) Entry 157 of this report reflects an inadvertent omission of the purchase of this security in the 2007 Financial Disclosure Report.
(b) Entry 108 of this report reflects a consolidation of entries 124, 127, 131, 136 and 154 of the 2007 Financial Disclosure Report.
(c) Entry 109 of this report relfects a consolidation of entries 125, 137 and 156 of the 2007 Financial Disclosure Report.
(d) Entry 111 of this report reflects a consolidation of entries 126 and 130 of the 2007 Financial Disclosure Report.
(e) Entry 119 of this report reflects a consolidation of entries 138, 149 and 157 of the 2007 Financial Disclosure Report.

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/26/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544